**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF WASHINGTON

Case number *(if known)* _____

Chapter you are filing under:

- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Hunter Hospitality, LLC** |

| | | |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | 45-4082895 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **P.O. Box 31548**<br>**Bellingham, WA 98228**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Whatcom**<br>County | **Location of principal assets, if different from principal place of business**<br>**FL**<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership
- ☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/.

_____

---

**8. Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No

☐ Yes.

| Debtor | | | | Relationship to you | |
|---|---|---|---|---|---|
| District | | When | | Case number, if known | |

Case 15-17090-MLB    Doc 1    Filed 12/01/15    Ent. 12/01/15 08:36:28    Pg. 2 of 55

| | | |
|---|---|---|
| **11.** | **Why is the case filed in this district?** | *Check all that apply:* |

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds** . *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15.** **Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16.** **Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☑ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 30, 2015**
MM / DD / YYYY

X **/s/ David Ebenal**
Signature of authorized representative of debtor

**David Ebenal**
Printed name

Title   **Managing Member**

**18. Signature of attorney**

X **/s/ James L. Day WSBA**
Signature of attorney for debtor

Date **November 30, 2015**
MM / DD / YYYY

**James L. Day WSBA**
Printed name

**Bush Strout & Kornfeld LLP**
Firm name

**601 Union Street #5000**
**Seattle, WA 98101-2373**
Number, Street, City, State & ZIP Code

Contact phone   **206-292-2110**    Email address

**#20474**
Bar number and State

Case 15-17090-MLB   Doc 1   Filed 12/01/15   Ent. 12/01/15 08:36:28    Pg. 4 of 55

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. **Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☑ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 30, 2015**      X **/s/ David Ebenal**
                                            Signature of individual signing on behalf of debtor

                                            **David Ebenal**
                                            Printed name

                                            **Managing Member**
                                            Position or relationship to debtor

| | |
|---|---|
| Debtor name | **Hunter Hospitality, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF WASHINGTON** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Accurate Land Surveyor's Inc. 1150 E. Atlantic Blvd. Pompano Beach, FL 33060** | | | | | | $0.00 |
| **Ace Fence Company 2773 NW 26th Street Fort Lauderdale, FL 33311** | | | | | | $0.00 |
| **American Opportunity Regional 6205 Blue Lagoon Drive, #130 Miami, FL 33126** | | | | | | $0.00 |
| **Art and Architecture Inc. 1055 SW 15th Ave. #7 Delray Beach, FL 33444** | | | | | | $0.00 |
| **BBM Structual Engineers 1912 Boothe Circle, Ste. 100 Longwood, FL 32750** | | | | | | $0.00 |
| **BBM Structural Engineers Attn: Joel R. Middlebrooks Jr 399 West Palmetto Pk. Rd. #200 Boca Raton, FL 33432** | | | | | | $0.00 |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Board of T/ee of Int'l Improve 3900 Commonwealth Blvd. MS 49 Tallahassee, FL 32399 | | | | | | $0.00 |
| Bonita Ebenal P.O. Box 35148 Bellingham, WA 98228 | | | | | | $0.00 |
| Broward Co. Health Dept. 780 SW 24th St. Fort Lauderdale, FL 33315 | | | | | | $0.00 |
| Broward Cty Records Governmental Ctr. Room A100 115 S. Andrews Ave. Fort Lauderdale, FL 33301 | | | | | | $0.00 |
| Brush & Co. Attn: Scott Brush 16410 SW 77th Court Miami, FL 33157-3765 | | | | | | $0.00 |
| Bureau of Public Land Attn: James Wright 3900 Commonwealth Blvd. Mail Station No. 125 Tallahassee, FL 32399 | | | | | | $0.00 |
| Chicago Title Ins. Agency 3067 E. Commercial Blvd. Fort Lauderdale, FL 33308 | | | | | | $0.00 |
| City of Pompano Beach Bldg. Dept. 100 West Atlantic Blvd. Pompano Beach, FL 33060 | | | | | | $0.00 |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **City Pompano Beach City Atty 100 W. Atlantic Blvd. Pompano Beach, FL 33060** | | | | | | **$0.00** |
| **EJH Enterprises, Inc. c/o Michael P. Hamaway Mombach, Boyle & Harden 500 E. Broward Blvd. Fort Lauderdale, FL 33394** | | | | | | **$775,000.00** |
| **Hillsborough Dev. LLC c/o Gregory E. Grantham P.O. Box 322 Oceanside, CA 92054** | | | **Disputed** | | | **$4,000,000.00** |
| **Members/Noteholders SLF Series c/o Joseph C. Finley 227 Bellevue Way NE, Ste. 212 Bellevue, WA 98004** | | | **Disputed** | | | **$15,080,000.00** |
| **Pompano, LLC c/o Emanuel Jacobowitz Esq. R. Bruce Johnston Esq. 2701 First Ave. Ste. 340 Seattle, WA 98121** | | | | | | **$525,570.97** |
| **SLF Series G. LLC c/o David Sheffield, R.G. 801 North 500 W. Ste. 200 Bountiful, UT 84010** | | | **Disputed** | | | **$4,000,000.00** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

---

Part 1:  **Summary of Assets**

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................................    $       **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*...............................................................................................    $       **1,646,622.85**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................................    $       **1,646,622.85**

---

Part 2:  **Summary of Liabilities**

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $       **0.00**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of *Schedule E/F*.....................................................    $       **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*..............................    +$       **24,380,570.97**

4.  **Total liabilities** .................................................................................................................
    Lines 2 + 3a + 3b    $       **24,380,570.97**

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:     Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| **3.** | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| 3.1. | **Escrow account at First American Title Insurance Co.** **$1,623,301.85 with interest accruing on and after March 31, 2015.** | | $1,623,301.85 |
| 3.2. | **Funds held by receiver of Hunter Hospitality** | | $23,321.00 |

**4.     Other cash equivalents** *(Identify all)*

**5.     Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $1,646,622.85 |
|---|

### Part 2:     Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:     Accounts receivable

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Case 15-17090-MLB    Doc 1    Filed 12/01/15    Ent. 12/01/15 08:36:28    Pg. 11 of 55

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,646,622.85 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,646,622.85 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,646,622.85 |

| Fill in this information to identify the case: |
|---|

Debtor name    **Hunter Hospitality**

First Name         Middle Name         Last Name

United States Bankruptcy Court for the:   WESTERN DISTRICT OF WASHINGTON

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

   ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

Debtor name    **Hunter Hospitality, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1**

Priority creditor's name and mailing address
**Internal Revenue Service**
**Jackson Federal Bldg**
**915 2nd Ave M/S W243**
**Seattle, WA 98174**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **0.00**     $ **0.00**

Date or dates debt was incurred

Basis for the claim:
**Notice only.**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) (8)

**2.2**

Priority creditor's name and mailing address
**Internal Revenue Svc (Phil)**
**Centalized Insol Operations**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **0.00**     $ **0.00**

Date or dates debt was incurred

Basis for the claim:
**Notice only.**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (8)

| 2.3 | | | |
|---|---|---|---|

**Priority creditor's name and mailing address**
**WA Dept of Rev-OLY**
**PO Box 47476**
**Olympia, WA 98504-7476**

As of the petition filing date, the claim is:          $ **0.00**          $ **0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
**Notice only.**

**Last 4 digits of account number**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (8)

---

**Part 2:      List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

| 3.1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Accurate Land Surveyor's Inc.**
**1150 E. Atlantic Blvd.**
**Pompano Beach, FL 33060**

As of the petition filing date, the claim is:          $ **0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number          ■ No
☐ Yes

| 3.2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ace Fence Company**
**2773 NW 26th Street**
**Fort Lauderdale, FL 33311**

As of the petition filing date, the claim is:          $ **0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number          ■ No
☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $    0.00 |
|---|---|---|---|

**American Opportunity Regional**
**6205 Blue Lagoon Drive, #130**
**Miami, FL 33126**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $    0.00 |
|---|---|---|---|

**Art and Architecture Inc.**
**1055 SW 15th Ave. #7**
**Delray Beach, FL 33444**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $    0.00 |
|---|---|---|---|

**BBM Structucal Engineers**
**1912 Boothe Circle, Ste. 100**
**Longwood, FL 32750**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $    0.00 |
|---|---|---|---|

**BBM Structural Engineers**
**Attn:  Joel R. Middlebrooks Jr**
**399 West Palmetto Pk. Rd. #200**
**Boca Raton, FL 33432**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

| | |
|---|---|
| Date or dates debt was incurred _____ | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

**3.7**    **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is:      $   **0.00**

**Board of T/ee of Int'l Improve**
**3900 Commonwealth Blvd.**
**MS 49**
**Tallahassee, FL 32399**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____      Is the claim subject to offset?
     ■ No
Last 4 digits of account number _____      ☐ Yes

---

**3.8**    **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is:      $   **0.00**

**Bonita Ebenal**
**P.O. Box 35148**
**Bellingham, WA 98228**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____      Is the claim subject to offset?
     ■ No
Last 4 digits of account number _____      ☐ Yes

---

**3.9**    **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is:      $   **0.00**

**Broward Co. Health Dept.**
**780 SW 24th St.**
**Fort Lauderdale, FL 33315**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____      Is the claim subject to offset?
     ■ No
Last 4 digits of account number _____      ☐ Yes

---

**3.10**    **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is:      $   **0.00**

**Broward Cty Records**
**Governmental Ctr. Room A100**
**115 S. Andrews Ave.**
**Fort Lauderdale, FL 33301**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **0.00** |

**Brush & Co.**
**Attn:  Scott Brush**
**16410 SW 77th Court**
**Miami, FL 33157-3765**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **0.00** |

**Bureau of Public Land**
**Attn:  James Wright**
**3900 Commonwealth Blvd.**
**Mail Station No. 125**
**Tallahassee, FL 32399**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **0.00** |

**Chicago Title Ins. Agency**
**3067 E. Commercial Blvd.**
**Fort Lauderdale, FL 33308**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **0.00** |

**City of Pompano Beach**
**Bldg. Dept.**
**100 West Atlantic Blvd.**
**Pompano Beach, FL 33060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.15 | | | |
|------|--|--|--|

Nonpriority creditor's name and mailing address
**City Pompano Beach City Atty**
**100 W. Atlantic Blvd.**
**Pompano Beach, FL 33060**

As of the petition filing date, the claim is:          $ **0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.16 | | | |
|------|--|--|--|

Nonpriority creditor's name and mailing address
**Columbia Pac. Inc. Fund**
**c/o David W. Criswell**
**Ball Janik LLP**
**101 SW Main St. Ste. 1100**
**Portland, OR 97204**

As of the petition filing date, the claim is:          $ **0.00**
Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.17 | | | |
|------|--|--|--|

Nonpriority creditor's name and mailing address
**Columbia Pacific Income Fund I**
**1910 Fairview Ave. E. Ste. 500**
**Seattle, WA 98102**

As of the petition filing date, the claim is:          $ **0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice only.**

---

First Name          Middle Name              Last Name

Date or dates debt was incurred    _____    Is the claim subject to offset?

��                                                      ☑ No

Last 4 digits of account number    _____    ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **0.00** |
|---|---|---|---|

**Conrad J. Boyle**
**Mombach Boyle & Hardin**
**500 E. Broward Blvd. #1950**
**Fort Lauderdale, FL 33394**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____    Is the claim subject to offset?

☑ No

Last 4 digits of account number    _____    ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **0.00** |
|---|---|---|---|

**Dept of Economic Opportunity**
**101 East Madison Street**
**Caldwell Bldg.**
**Tallahassee, FL 32399**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____    Is the claim subject to offset?

☑ No

Last 4 digits of account number    _____    ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **0.00** |
|---|---|---|---|

**Dept. of Bus. & Proff. Reg.**
**1940 N. Monroe St.**
**Tallahassee, FL 32399**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____    Is the claim subject to offset?

☑ No

Last 4 digits of account number    _____    ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **0.00** |
|---|---|---|---|

**E Meadow Fund, Inc.**
**c/o Spiegel & Utrera, PA. R.A**
**1840 SW 22nd St.**
**4th Floor**
**Miami, FL 33145**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

**Is the claim subject to offset?**

■ No

☐ Yes

---

**3.22**

**Nonpriority creditor's name and mailing address**
**Ebenal General Inc.**
**c/o David C. Ebenal**
**P.O. Box 35148**
**Bellingham, WA 98228**

As of the petition filing date, the claim is:                         $    **0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

**Is the claim subject to offset?**

■ No

☐ Yes

---

**3.23**

**Nonpriority creditor's name and mailing address**
**EJH Enterprises**
**c/o Kurt Arnold**
**Arnold & Itking LLP**
**6009 Memorial**
**Houston, TX 77007**

As of the petition filing date, the claim is:                         $    **0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Notice only**
_____

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

**Is the claim subject to offset?**

■ No

☐ Yes

---

**3.24**

**Nonpriority creditor's name and mailing address**
**EJH Enterprises Inc.**
**Attn:  Eden Jones-Hinds**
**3630 Garrettsville Drive**
**Pearland, TX 77584**

As of the petition filing date, the claim is:                         $    **0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Notice only.**
_____

| | |
|---|---|
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **775,000.00** |
|---|---|---|---|

**EJH Enterprises, Inc.**
**c/o Michael P. Hamaway**
**Mombach, Boyle & Harden**
**500 E. Broward Blvd.**
**Fort Lauderdale, FL 33394**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

| | |
|---|---|
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **0.00** |
|---|---|---|---|

**FHDI**
**15 Enterprise,  Suite 550**
**Aliso Viejo, CA 92656**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

| | |
|---|---|
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **0.00** |
|---|---|---|---|

**FHDI, LLC**
**c/o Ira G. Rivin**
**Rutan and Tucker LLP**
**611 Anton Blvd. 14th Fl.**
**Costa Mesa, CA 92626**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

| | |
|---|---|
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **0.00** |
|---|---|---|---|

**FL. Dept of Revenue**
**5050 West Tennessee St.**
**Tallahassee, FL 32399**
_____

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ 0.00 |

**FL. Dept. Enviromental Protect**
**3900 Commonwealth Blvd.**
**MS 49**
**Tallahassee, FL 32399**
_____

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ 0.00 |

**FPI**
**General Mail Facility**
**Miami, FL 33188-0001**
_____

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ 0.00 |

**Francis X. Sexton**
**c/o Fowler Rodriquez et al**
**355 Alhambra Circle, #801**
**Coral Gables, FL 33134**
_____

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

Case 15-17090-MLB    Doc 1    Filed 12/01/15    Ent. 12/01/15 08:36:28    Pg. 23 of 55

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ 0.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**General Labor Staffing**
**1941 North Dixie Hwy, #4**
**Pompano Beach, FL 33060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

$ 0.00

---

| 3.33 |

**Nonpriority creditor's name and mailing address**
**Glaser Weil Fink et al**
**Attn:  Peter Weil**
**10250 Constellation Blvd.**
**19th Floor**
**Los Angeles, CA 90067**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

$ 0.00

---

| 3.34 |

**Nonpriority creditor's name and mailing address**
**Greg DeJohn**
**GSD Contracting LLC**
**4675 Anglers Ave.**
**Fort Lauderdale, FL 33312**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

$ 0.00

---

| 3.35 |

**Nonpriority creditor's name and mailing address**
**GSD Contracting ILC**
**c/o Thomas R. Shahady**
**Kopeliowitz Ostrow et al**
**200 SW First Ave. #1200**
**Fort Lauderdale, FL 33301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 0.00

---

Date or dates debt was incurred  _____    **Is the claim subject to offset?**

Last 4 digits of account number  _____    ■ No
                                                        ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **0.00** |

**H&E Equipment SVCS Inc.**
**Attn:  Donna Gonitski**
**1021 NW 12 Terrace**
**Pompano Beach, FL 33069**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  _____    **Is the claim subject to offset?**

Last 4 digits of account number  _____    ■ No
                                                        ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **0.00** |

**Hillsboro Shores Improvement**
**c/o Matt Herren**
**2600 North Riverside Drive**
**Pompano Beach, FL 33060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  _____    **Is the claim subject to offset?**

Last 4 digits of account number  _____    ■ No
                                                        ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **0.00** |

**Hillsborough Dev LLC**
**dba Hillsboro Hospitality**
**c/o G. Hall**
**477 North 1410 East**
**Lehi, UT 84043**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Notice only**

Date or dates debt was incurred  _____    **Is the claim subject to offset?**

Last 4 digits of account number  _____    ■ No
                                                        ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **4,000,000.00** |

**Hillsborough Dev. LLC**
**c/o Gregory E. Grantham**
**P.O. Box 322**
**Oceanside, CA 92054**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number

---

| 3.40 | **Nonpriority creditor's name and mailing address** | | $ | **0.00** |

**Insure West Inc.**
**380 S 200 W**
**Farmington, UT 84025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number

---

| 3.41 | **Nonpriority creditor's name and mailing address** | | $ | **0.00** |

**John E. Gillespie, P.A.**
**2211 NE 36th Street, #203**
**Lighthouse Point, FL 33064-7500**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number

---

| 3.42 | **Nonpriority creditor's name and mailing address** | | $ | **0.00** |

**Judge Terry Lukens**
**JAMS**
**600 University St. #1910**
**Seattle, WA 98101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **0.00** |

**Kirkland and Co.**
**14875 Ridge Road**
**Summerdale, AL 36580**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.44 |

**Nonpriority creditor's name and mailing address**
**Landplan Engineering Gp.**
**Attn:  Peter Gallo**
**1475 NW 126th Dr.**
**Coral Springs, FL 33071**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ **0.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.45 |

**Nonpriority creditor's name and mailing address**
**Madision Titile Agency**
**P.O. Box 8102**
**Delray Beach, FL 33482**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ **0.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.46 |

**Nonpriority creditor's name and mailing address**
**Members/Noteholders SLF Series**
**c/o Joseph C. Finley**
**227 Bellevue Way NE, Ste. 212**
**Bellevue, WA 98004**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _____

$ **15,080,000.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

☒ No

☐ Yes

---

3.47 | **Nonpriority creditor's name and mailing address**
**Ntl. Construction Rentals**
**6356 Narcoossee Rd.**
**Orlando, FL 32822**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ **0.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

☒ No

☐ Yes

---

3.48 | **Nonpriority creditor's name and mailing address**
**Office of Atty General**
**State of FL.**
**The Capital, PL-01**
**Tallahassee, FL 32399**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ **0.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

☒ No

☐ Yes

---

3.49 | **Nonpriority creditor's name and mailing address**
**Pennington Svc. LLC**
**Attn:  Ginger Pennington**
**150 North Shore Drive**
**Bellingham, WA 98226**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ **0.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

☒ No

☐ Yes

---

3.50 | **Nonpriority creditor's name and mailing address**
**PH Consulting Inc.**
**5030 SW 163rd Ave.**
**Fort Lauderdale, FL 33331**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **0.00**

**Basis for the claim:** _____

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number    _____

---

**3.51**

**Nonpriority creditor's name and mailing address**

**Pompano Water Way Dev.**
**1311 Southeast 9th Ave.**
**Pompano Beach, FL 33060**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$   **0.00**

**Basis for the claim:**    **Notice only**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number    _____

---

**3.52**

**Nonpriority creditor's name and mailing address**

**Pompano Water Way Dev.**
**c/o David Sheffield**
**222 South Main Street**
**Salt Lake City, UT 84101**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$   **0.00**

**Basis for the claim:** _____

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number    _____

---

**3.53**

**Nonpriority creditor's name and mailing address**

**Pompano, LLC**
**c/o Emanuel Jacobowitz Esq.**
**R. Bruce Johnston Esq.**
**2701 First Ave. Ste. 340**
**Seattle, WA 98121**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$   **525,570.97**

**Basis for the claim:** _____

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number    _____

---

**3.54**

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**

$   **0.00**

**SLF Investment Trust**
**c/o Gregory E. Grantham**
**P.O. Box 322**
**Oceanside, CA 92054**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Notice only.**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.55 | | | $ | 0.00 |
|------|--|--|---|------|

**Nonpriority creditor's name and mailing address**
**SLF Series G LLC**
**c/o Lee M. Brower**
**222 South Main Street**
**Salt Lake City, UT 84101**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Notice only.**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.56 | | | $ | 4,000,000.00 |
|------|--|--|---|--------------|

**Nonpriority creditor's name and mailing address**
**SLF Series G. LLC**
**c/o David Sheffield, R.G.**
**801 North 500 W. Ste. 200**
**Bountiful, UT 84010**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.57 | | | $ | 0.00 |
|------|--|--|---|------|

**Nonpriority creditor's name and mailing address**
**Stanford & Sons Trucking Co.**
**1081 NW 12 Terrace**
**Pompano Beach, FL 33063**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **0.00** |

**Taska Capital**
**320 W. 500 South , Ste. 200**
**Bountiful, UT 84010**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number _____

■ No
☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **0.00** |

**The Chappell Group Inc.**
**714 East McNab Road**
**Pompano Beach, FL 33060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number _____

■ No
☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **0.00** |

**Thunder Demoliation**
**Attn: Ronny Herrera**
**7373 NE 3rd Court**
**Miami, FL 33138**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number _____

■ No
☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **0.00** |

**US Bank**
**c/o Green Tax Funding II**
**P.O. Box 645040**
**Cincinnati, OH 45264**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

First Name          Middle Name          Last Name

---

Date or dates debt was incurred

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **0.00** |

**US Bank-Caz Creek**
**P.O. Box 645132**
**Lock Box #005132**
**Cincinnati, OH 45264**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **0.00** |

**Warricks Lawn & Landscaping**
**1512 S. Dixie Hwy**
**Pompano Beach, FL 33060**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **0.00** |

**Waste Mgmt of Broward Co.**
**2130 Tally Rd.**
**Leesburg, FL 34748**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **0.00** |

**Westcore Land Title Ins. Co.**
**Attn:  Peter Walther**
**201 North New York Ave. #200**
**Winter Park, FL 32789**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**Basis for the claim:** _____

| | |
|---|---|
| Date or dates debt was incurred | **Is the claim subject to offset?** |
| _____ | ■ No |
| Last 4 digits of account number | ☐ Yes |
| _____ | |

---

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **0.00** |
|---|---|---|---|

**William T. Follis LLC Realtors**
**108 Prospect St.**
**Bellingham, WA 98225**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
Last 4 digits of account number _____
☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **0.00** |
|---|---|---|---|

**Wright Johnson, Ltd.**
**319 N. Meridian**
**Redkey, IN 47373**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
Last 4 digits of account number _____
☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **0.00** |
|---|---|---|---|

**Wright Mature Market Svc,**
**4814 B, 28th Street**
**Tacoma, WA 98407**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
Last 4 digits of account number _____
☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **0.00** |
|---|---|---|---|

**Yacht Mgmt South FL**
**P.O. Box 127**
**Pompano Beach, FL 33061**
_____

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number    _____

☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 24,380,570.97 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 24,380,570.97 |

**Fill in this information to identify the case:**

Debtor name    **Hunter Hospitality, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**

■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor name __**Hunter Hospitality, LLC**__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF WASHINGTON__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of**
**creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | _____ | _____ Street | _____ | ☐ D<br>☐ E/F<br>☐ G |
| | | _____ City    State    Zip Code | | |
| 2.2 | _____ | _____ Street | _____ | ☐ D<br>☐ E/F<br>☐ G |
| | | _____ City    State    Zip Code | | |
| 2.3 | _____ | _____ Street | _____ | ☐ D<br>☐ E/F<br>☐ G |
| | | _____ City    State    Zip Code | | |
| 2.4 | _____ | _____ Street | _____ | ☐ D<br>☐ E/F<br>☐ G |
| | | _____ City    State    Zip Code | | |

Fill in this information to identify the case:

Debtor name **Hunter Hospitality, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          12/15

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1. **Gross revenue from business**

   ☑ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☑ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☑ None.

   | Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   |---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Arnold & Itkin LLP v. EJH Enterprises, Inc.,, Michael Hinds, Eden Hinds, and David Ebenal**<br>**77109-CV** | | **Brazoria County**<br>**111 E. Locust, Room 214A**<br>**Angleton, TX 77515** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **Ralph Dorsten et al. v. Secured Lending Fund, LLC et al.**<br>**2:15-cv-00153-PMW** | | **District of Utah, Central Division**<br>**350 Main Street #150,**<br>**Salt Lake City, UT 84101** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. **In the Receivership of:**<br>**Hunter Hospitality LLC:**<br><br>**Ralph and Mary Lynn Dorsten, et al**<br>**v.**<br>**SLF Series G, LLC, et al**<br>**155-CIV-61235-BLOOM/Valle** | | **Southern District of Florida**<br>**299 East Broward Boulevard**<br>**Fort Lauderdale, FL 33301** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| **Part 5:** | **Certain Losses** |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None.

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Bush Strout & Kornfeld LLP**<br>**601 Union St., #5000**<br>**Seattle, WA 98101-2373** | | **November 30, 2015.** | **$7,417.00** |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☑ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☑ None

| Name and address | Date of service From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Pompano LLC** | **c/o David Ebenal P.O. Box 31548 Bellingham, WA 98228** | **Managing Member.** | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

---

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **November 30, 2015**

**/s/ David Ebenal**                                                **David Ebenal, Managing Member**
Signature of individual signing on behalf of the debtor            Printed name

Position or relationship to debtor

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☐ Yes

# United States Bankruptcy Court
## Western District of Washington

In re    **Hunter Hospitality, LLC**            Case No. _____

                   Debtor(s)        Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Pompano, LLC**<br>**c/o David Ebenal**<br>**P.O. Box 31548**<br>**Bellingham, WA 98228** | | **30%** | |
| **SLF Investment Trust**<br>**c/o Kim Davis, Trustee**<br>**3485 N. Pines Way, #118**<br>**Wilson, WY 83014** | | **70%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **November 30, 2015**             Signature   **/s/ David Ebenal**

                                                        **David Ebenal**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of Washington

In re  **Hunter Hospitality, LLC**
_____
Debtor(s)

Case No. _____

Chapter  **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **November 30, 2015**
_____

**/s/ David Ebenal**
_____
**David Ebenal/Managing Member**
Signer/Title

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

```
US ATTORNEY
ATN  BANKRUPTCY ASSISTANT
700 STEWART STREET
ROOM 5220
SEATTLE, WA 98101-4438


INTERNAL REVENUE SVC (PHIL)
CENTALIZED INSOL OPERATIONS
PO BOX 7346
PHILADELPHIA, PA 19101-7346


COMMODITY FUTURES TRADING
1155 21ST ST NW
WASHINGTON, DC 20581


SECURITIES & EXCHANGE COMM
ATTN  BANKRUPTCY COUNSEL
44 MONTGOMERY ST  #2600
SAN FRANCISCO, CA 94104


US TREASURY
SECRETARY OF THE TREASURY
1500 PENNSYLVANIA AVE NW
WASHINGTON, DC 20220


US DEPT OF EDUCATION
BANKRUPTCY DEPARTMENT
PO BOX 65128
SAINT PAUL, MN 55165


WA DEPT OF REV-SEA
BANKRUPTCY/CLAIMS UNIT
2101 4TH AVE  #1400
SEATTLE, WA 98121-2300


WA DEPT OF L&I-OLY
COLLECTIONS
PO BOX 44171
OLYMPIA, WA 98504-4171


WA DEPT OF EMP SEC-OLY
UI TAX ADMIN
PO BOX 9046
OLYMPIA, WA 98507-9046
```

```
WA ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS UNIT
800 5TH AVE #2000
SEATTLE, WA 98104


WA DEPT OF SOCIAL&HEALTH SVCS
DIV OF CHILD SUPPORT
PO BOX 11520
TACOMA, WA 98411-5520


JAMES L. DAY WSBA
BUSH STROUT & KORNFELD LLP
601 UNION STREET #5000
SEATTLE, WA 98101-2373


HUNTER HOSPITALITY, LLC
P.O. BOX 31548
BELLINGHAM, WA 98228


ACCURATE LAND SURVEYOR'S INC.
1150 E. ATLANTIC BLVD.
POMPANO BEACH, FL 33060


ACE FENCE COMPANY
2773 NW 26TH STREET
FORT LAUDERDALE, FL 33311


AMERICAN OPPORTUNITY REGIONAL
6205 BLUE LAGOON DRIVE, #130
MIAMI, FL 33126


ART AND ARCHITECTURE INC.
1055 SW 15TH AVE. #7
DELRAY BEACH, FL 33444


BBM STRUCTUAL ENGINEERS
1912 BOOTHE CIRCLE, STE. 100
LONGWOOD, FL 32750


BBM STRUCTURAL ENGINEERS
ATTN: JOEL R. MIDDLEBROOKS JR
399 WEST PALMETTO PK. RD. #200
BOCA RATON, FL 33432
```

```
BOARD OF T/EE OF INT'L IMPROVE
3900 COMMONWEALTH BLVD.
MS 49
TALLAHASSEE, FL 32399


BONITA EBENAL
P.O. BOX 35148
BELLINGHAM, WA 98228


BROWARD CO. HEALTH DEPT.
780 SW 24TH ST.
FORT LAUDERDALE, FL 33315


BROWARD CTY RECORDS
GOVERNMENTAL CTR. ROOM A100
115 S. ANDREWS AVE.
FORT LAUDERDALE, FL 33301


BRUSH & CO.
ATTN: SCOTT BRUSH
16410 SW 77TH COURT
MIAMI, FL 33157-3765


BUREAU OF PUBLIC LAND
ATTN: JAMES WRIGHT
3900 COMMONWEALTH BLVD.
MAIL STATION NO. 125
TALLAHASSEE, FL 32399


CHICAGO TITLE INS. AGENCY
3067 E. COMMERCIAL BLVD.
FORT LAUDERDALE, FL 33308


CITY OF POMPANO BEACH
BLDG. DEPT.
100 WEST ATLANTIC BLVD.
POMPANO BEACH, FL 33060


CITY POMPANO BEACH CITY ATTY
100 W. ATLANTIC BLVD.
POMPANO BEACH, FL 33060
```

```
COLUMBIA PAC. INC. FUND
C/O DAVID W. CRISWELL
BALL JANIK LLP
101 SW MAIN ST. STE. 1100
PORTLAND, OR 97204


COLUMBIA PACIFIC INCOME FUND I
1910 FAIRVIEW AVE. E. STE. 500
SEATTLE, WA 98102


CONRAD J. BOYLE
MOMBACH BOYLE & HARDIN
500 E. BROWARD BLVD. #1950
FORT LAUDERDALE, FL 33394


DEPT OF ECONOMIC OPPORTUNITY
101 EAST MADISON STREET
CALDWELL BLDG.
TALLAHASSEE, FL 32399


DEPT. OF BUS. & PROFF. REG.
1940 N. MONROE ST.
TALLAHASSEE, FL 32399


E MEADOW FUND, INC.
C/O SPIEGEL & UTRERA, PA. R.A
1840 SW 22ND ST.
4TH FLOOR
MIAMI, FL 33145


EBENAL GENERAL INC.
C/O DAVID C. EBENAL
P.O. BOX 35148
BELLINGHAM, WA 98228


EJH ENTERPRISES
C/O KURT ARNOLD
ARNOLD & ITKING LLP
6009 MEMORIAL
HOUSTON, TX 77007


EJH ENTERPRISES INC.
ATTN: EDEN JONES-HINDS
3630 GARRETTSVILLE DRIVE
PEARLAND, TX 77584
```

```
EJH ENTERPRISES, INC.
C/O MICHAEL P. HAMAWAY
MOMBACH, BOYLE & HARDEN
500 E. BROWARD BLVD.
FORT LAUDERDALE, FL 33394


FHDI
15 ENTERPRISE, SUITE 550
ALISO VIEJO, CA 92656


FHDI, LLC
C/O IRA G. RIVIN
RUTAN AND TUCKER LLP
611 ANTON BLVD. 14TH FL.
COSTA MESA, CA 92626


FL. DEPT OF REVENUE
5050 WEST TENNESSEE ST.
TALLAHASSEE, FL 32399


FL. DEPT. ENVIROMENTAL PROTECT
3900 COMMONWEALTH BLVD.
MS 49
TALLAHASSEE, FL 32399


FPI
GENERAL MAIL FACILITY
MIAMI, FL 33188-0001


FRANCIS X. SEXTON
C/O FOWLER RODRIQUEZ ET AL
355 ALHAMBRA CIRCLE, #801
CORAL GABLES, FL 33134


GENERAL LABOR STAFFING
1941 NORTH DIXIE HWY, #4
POMPANO BEACH, FL 33060


GLASER WEIL FINK ET AL
ATTN: PETER WEIL
10250 CONSTELLATION BLVD.
19TH FLOOR
LOS ANGELES, CA 90067
```

GREG DEJOHN
GSD CONTRACTING LLC
4675 ANGLERS AVE.
FORT LAUDERDALE, FL 33312


GSD CONTRACTING LLC
C/O THOMAS R. SHAHADY
KOPELIOWITZ OSTROW ET AL
200 SW FIRST AVE. #1200
FORT LAUDERDALE, FL 33301


H&E EQUIPMENT SVCS INC.
ATTN: DONNA GONITSKI
1021 NW 12 TERRACE
POMPANO BEACH, FL 33069


HILLSBORO SHORES IMPROVEMENT
C/O MATT HERREN
2600 NORTH RIVERSIDE DRIVE
POMPANO BEACH, FL 33060


HILLSBOROUGH DEV LLC
DBA HILLSBORO HOSPITALITY
C/O G. HALL
477 NORTH 1410 EAST
LEHI, UT 84043


HILLSBOROUGH DEV. LLC
C/O GREGORY E. GRANTHAM
P.O. BOX 322
OCEANSIDE, CA 92054


INSURE WEST INC.
380 S 200 W
FARMINGTON, UT 84025


INTERNAL REVENUE SERVICE
JACKSON FEDERAL BLDG
915 2ND AVE M/S W243
SEATTLE, WA 98174


JOHN E. GILLESPIE, P.A.
2211 NE 36TH STREET, #203
LIGHTHOUSE POINT, FL 33064-7500

```
JUDGE TERRY LUKENS
JAMS
600 UNIVERSITY ST. #1910
SEATTLE, WA 98101


KIRKLAND AND CO.
14875 RIDGE ROAD
SUMMERDALE, AL 36580


LANDPLAN ENGINEERING GP.
ATTN: PETER GALLO
1475 NW 126TH DR.
CORAL SPRINGS, FL 33071


MADISION TITILE AGENCY
P.O. BOX 8102
DELRAY BEACH, FL 33482


MEMBERS/NOTEHOLDERS SLF SERIES
C/O JOSEPH C. FINLEY
227 BELLEVUE WAY NE, STE. 212
BELLEVUE, WA 98004


NTL. CONSTRUCTION RENTALS
6356 NARCOOSSEE RD.
ORLANDO, FL 32822


OFFICE OF ATTY GENERAL
STATE OF FL.
THE CAPITAL, PL-01
TALLAHASSEE, FL 32399


PENNINGTON SVC. LLC
ATTN: GINGER PENNINGTON
150 NORTH SHORE DRIVE
BELLINGHAM, WA 98226


PH CONSULTING INC.
5030 SW 163RD AVE.
FORT LAUDERDALE, FL 33331


POMPANO WATER WAY DEV.
1311 SOUTHEAST 9TH AVE.
POMPANO BEACH, FL 33060
```

```
POMPANO WATER WAY DEV.
C/O DAVID SHEFFIELD
222 SOUTH MAIN STREET
SALT LAKE CITY, UT 84101


POMPANO, LLC
C/O EMANUEL JACOBOWITZ ESQ.
R. BRUCE JOHNSTON ESQ.
2701 FIRST AVE. STE. 340
SEATTLE, WA 98121


SLF INVESTMENT TRUST
C/O GREGORY E. GRANTHAM
P.O. BOX 322
OCEANSIDE, CA 92054


SLF SERIES G LLC
C/O LEE M. BROWER
222 SOUTH MAIN STREET
SALT LAKE CITY, UT 84101


SLF SERIES G. LLC
C/O DAVID SHEFFIELD, R.G.
801 NORTH 500 W. STE. 200
BOUNTIFUL, UT 84010


STANFORD & SONS TRUCKING CO.
1081 NW 12 TERRACE
POMPANO BEACH, FL 33063


TASKA CAPITAL
320 W. 500 SOUTH , STE. 200
BOUNTIFUL, UT 84010


THE CHAPPELL GROUP INC.
714 EAST MCNAB ROAD
POMPANO BEACH, FL 33060


THUNDER DEMOLIATION
ATTN: RONNY HERRERA
7373 NE 3RD COURT
MIAMI, FL 33138
```

```
US BANK
C/O GREEN TAX FUNDING II
P.O. BOX 645040
CINCINNATI, OH 45264


US BANK-CAZ CREEK
P.O. BOX 645132
LOCK BOX #005132
CINCINNATI, OH 45264


WA DEPT OF REV-OLY
PO BOX 47476
OLYMPIA, WA 98504-7476


WARRICKS LAWN & LANDSCAPING
1512 S. DIXIE HWY
POMPANO BEACH, FL 33060


WASTE MGMT OF BROWARD CO.
2130 TALLY RD.
LEESBURG, FL 34748


WESTCORE LAND TITLE INS. CO.
ATTN: PETER WALTHER
201 NORTH NEW YORK AVE. #200
WINTER PARK, FL 32789


WILLIAM T. FOLLIS LLC REALTORS
108 PROSPECT ST.
BELLINGHAM, WA 98225


WRIGHT JOHNSON, LTD.
319 N. MERIDIAN
REDKEY, IN 47373


WRIGHT MATURE MARKET SVC,
4814 B, 28TH STREET
TACOMA, WA 98407


YACHT MGMT SOUTH FL
P.O. BOX 127
POMPANO BEACH, FL 33061
```

# United States Bankruptcy Court
## Western District of Washington

In re  **Hunter Hospitality, LLC**

Debtor(s)

Case No.

Chapter  **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Hunter Hospitality, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 30, 2015**

Date

**/s/ James L. Day WSBA**

**James L. Day WSBA #20474**

Signature of Attorney or Litigant

Counsel for   **Hunter Hospitality, LLC**

**Bush Strout & Kornfeld LLP**

**601 Union Street #5000**
**Seattle, WA 98101-2373**
**206-292-2110 Fax:206-292-2104**