## Jim Day

**From:** Jim Day
**Sent:** Tuesday, September 06, 2016 3:24 PM
**To:** 'Marc S. Stern'
**Cc:** Aimee Willig
**Subject:** Emailing - 154-Statement regarding Authority to Accept Service of Process.pdf
**Attachments:** 154-Statement regarding Authority to Accept Service of Process.pdf

**Importance:** High

Marc,

As you will recall, at the August 26 hearing Judge Dore directed you to file an amendment to the earlier Disclosure of the clients that you represent (Doc 70), and indicate whether you would accept service of a summons and complaint on their behalf or, in the alternative, provide us with service addresses. Attached hereto is a copy of the pleading you filed last Friday in response to that directive (Doc 154) (the "Statement").

The Statement is wholly inadequate, as it is both confusing and not fully responsive. For starters, the Statement refers to "Exhibit 1" and "Exhibit 2," although none of the three pages that are appended to the Statement is marked as an exhibit. The Statement in its second sentence also refers to claimants that are "highlighted on the first page of each mortgage," but there is no highlighting. Also, I assume (without knowing) that the last page of the attachment is a list of claimants that you represent and for whom you have authority to accept service, but no service addresses were provided for any other claimants. Finally, two of the names on the last page indicate a status of "trustee," but it is not indicated what trust the person is trustee of.

Please immediately provide us with the following:

- A list, by complete name, of each one of your clients. If they are acting in a representative capacity, such as a trustee, we need to have the full information as to that representation.
- A list, by complete name, of each of the clients for whom you have authority to accept service.
- A list, by complete name and service address, of each of your clients for whom you do <u>not</u> have authority to accept service.

Please have this information to us by the close of business tomorrow. Thanks.

Jim

**James L. Day | Bush Kornfeld LLP**
601 Union Street, Suite 5000 | Seattle, WA 98101
Phone: 206.292.2110 | Direct: 206.521.3858
Email: jday@bskd.com | Website: www.bskd.com

JAMES L. DAY 2016
LISTED IN
Best Lawyers

IMPORTANT/CONFIDENTIAL: This e-mail message (and any attachments accompanying it) may contain confidential information, including information protected by attorney-client privilege. The information is intended only for the use of the intended recipient(s). Delivery of this message to anyone other than the intended recipient(s) is not intended to waive any privilege or otherwise detract from the confidentiality of the message. If you are not the

intended recipient, or if this message has been addressed to you in error, do not read, disclose, reproduce, distribute, disseminate or otherwise use this transmission, rather, please promptly notify the sender by reply e-mail, and then destroy all copies of the message and its attachments, if any.

IRS Circular 230 Disclaimer: To ensure compliance with requirements imposed by the IRS, we inform you that to the extent this communication contains advice relating to a Federal tax issue, it is not intended or written to be used, and it may not be used, for (i) the purpose of avoiding any penalties that may be imposed on you or any other person or entity under the Internal Revenue Code or (ii) promoting or marketing to another party any transaction or matter addressed herein.