**DENIED.**

**Timothy W. Dore**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

**The motion [Docket No. 155] ("Motion") is denied without prejudice as an ex parte matter. Time is shortened and a hearing on the Motion will be held on September 23, 2016 at 9:30 a.m. No further notice is required. Any further response to the Motion is due by September 20, 2016. Any reply is due by September 21, 2016.**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>HUNTER HOSPITALITY, LLC,<br><br>Debtor. | No. 15-17090<br><br>ORDER DIRECTING CLAIMANTS TO COMPLY WITH BANKRUPTCY RULE 2019 |

THIS MATTER came before the Court upon the ex parte motion (the "Motion") of Hunter Hospitality, LLC, debtor-in-possession, for entry of an order directing counsel for the two creditor groups that filed Claim Nos. 6 and 7 in this case (the "Claimants") to file a verified statement of representation that complies with Bankruptcy Rule 2019. The Court, having reviewed the files and records herein, and deeming itself fully advised, and finding and concluding that notice hereof is not necessary under the circumstances, and good cause appearing for the relief requested, now, therefore, it is hereby

ORDERED as follows:

1. The Motion is granted.



BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

**DENIED.**

2. Counsel for the Claimants is hereby directed to file a verified statement in full compliance with Rule 2019 not later than the end of the second (2nd) business day following entry of this Order.

3. Such verified statement shall include but not be limited to the following:

a. The name and address of each of the Claimants, regardless of whether any Claimant has authorized counsel to accept service on their behalf of any pleading.

b. The full identity of each Claimant to the extent such Claimant is not an individual. By way of example only and not as a limitation, if a Claimant is acting in a representative capacity, the verified statement shall include the full name of the person or entity so represented.

/ / /End of Order/ / /

Presented by:

BUSH KORNFELD LLP

By /s/ *James L. Day*
James L. Day, WSBA #20474
Attorneys for Hunter Hospitality, LLC



BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104